# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LORI BLAKESLEE                                                                          PLAINTIFF

v.                      Case No. 4:23-CV-00357-LPR-JTK

SOCIAL SECURITY ADMINISTRATION,                            DEFENDANT
*Commissioner*

## **ORDER**

       Before the Court is Defendant's Unopposed Motion to Remand to the Commissioner for further administrative proceedings. (Doc. No. 16) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

       SO ORDERED THIS 10th day of August, 2023.

                                                                         _____
                                                                          JEROME T. KEARNEY
                                                                          UNITED STATES MAGISTRATE JUDGE